**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MABIS SABUCEDO-PRIDA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| v. | § | SA-26-CV-1892-JKP |
| | § | |
| **MIGUEL VERGARA** | § | |
| **Field Office Director of Enforcement and** | § | |
| **Removal Operations, San Antonio Field** | § | |
| **Office, Immigration and Customs** | § | |
| **Enforcement, ET AL.,** | § | |
| | | |
| **Respondents.** | | |

**ORDER FOR RESPONSE**

Before the Court is Respondents' Opposed Motion to Lift Stay.  ECF No. 7.  Petitioner Mabis Sabucedo-Prida has not yet filed a response.  **IT IS HEREBY ORDERED** that Petitioner may file response to the motion **on or before Monday, June 8, 2026**.

It is so **ORDERED**.

SIGNED this 1st day of June, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE